IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

RANDALL J.,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:25-00550

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

### MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Aboulhosn submitted to the court his Proposed Findings and Recommendation ("PF&R") on January 22, 2026, in which he recommended that the court grant plaintiff's request for remand; deny defendant's request to affirm the Commissioner's decision; reverse the final decision of the Commissioner; and remand the case to the Commissioner for further proceedings as outlined in the PF&R.

In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Aboulhosn's Proposed Findings and Recommendation. The failure of any party to file such objections within the time allowed constitutes a

waiver of such party's right to a de novo review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period.  Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Aboulhosn as follows:

1.    Plaintiff's request for remand is **GRANTED;**

2.    Defendant's request to affirm the Commissioner's decision is **DENIED;**

3.    The final decision of the Commissioner is **REVERSED;**

4.    The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the Proposed Findings and Recommendation;

5.    This case is **DISMISSED** with prejudice; and

6.    The Clerk is directed to remove this matter from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 31st of March, 2026.

ENTER: David A. Faber

David A.  Faber
Senior United States District Judge

2